**FILED**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

JAN 10 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THERESA SWEET; et al., <br><br> Plaintiffs-Appellees, <br><br> EVERGLADES COLLEGE, INC., <br><br> Intervenor-Appellant, <br><br> v. <br><br> MIGUEL A. CARDONA, Secretary of the United States Department of Education; U.S. DEPARTMENT OF EDUCATION, <br><br> Defendants-Appellees, <br> _____ <br><br> LINCOLN EDUCATIONAL SERVICES CORPORATION; et al., <br><br> Intervenors. | Nos. 23-15049 <br> 23-15050 <br> 23-15051 <br><br> D.C. No. 3:19-cv-03674-WHA <br> Northern District of California, San Francisco <br><br> ORDER |

Before: COLLINS, FORREST, and SUNG, Circuit Judges.

Appellees are directed to file a response to the petition for rehearing en banc filed on December 20, 2024. *See* Dkt. 94. The response shall not exceed 15 pages or 4,200 words, and shall be filed within 21 days of the date of this order.